United States District Court
Southern district of Florida

## Complaint

Burnett Land Enterprises
as assignee of Burnett Land Trust,

        Plaintiff

v.

Patricia Comer,

        Defendant

Case No _____

FILED BY _____ D.C.
APR 07 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - KEY WEST

---

Burnett Land Enterprises is a sole proprietorship of the undersigned, plaintiff, sues defendant Patricia Comer.

This action is filed under other contract, (190) involves diversity of Citizenship, the amount in controversy exceeds $75,000.00.

The plaintiff, as a complaint against the defendant (s) alleges and shows to the court as follows:

1. Plaintiff is a resident of Florida, County of Monroe, is the owner of a claim against defendant(s) for the sale of personal property interest located in Burnett County, Wis, and is the Current Owner of said claim pursuant to an assignment of claim, with an effective contract date of 10/24/2015, and an amount due exceeding $75,000.00.

2. Defendant Patricia Comer is the Purchaser under the contract.

4. Defendant has failed to make the required payments under the contract and plaintiff has commenced this action against defendant.

5. Defendant has repeatedly tendered NSF checks to Plaintiff and failed to make the checks good.

6. On or about November 2019 Defendant ceased making payments to plaintiff.

10. That no proceedings have been had at law or otherwise for the recovery of the sums due under said contract except for this action, and all conditions precedent to the commencement of this action are satisfied.

11. That the address of the property is 23843 Range line Road, Siren, WI 54872.

**WHEREFORE, the Plaintiff demands judgment providing:**

1. A finding that defendant failed to comply with the terms of the contract.

2. A finding that the defendant owes plaintiff in excess of $75,000.00.

3. An order that defendant shall pay plaintiff the full amount due within ten (10) days of the Courts order for payment, or alternatively, that defendant shall forfeit her interest in the contract/property.

4. An order from the Court that should the Defendant fail to make the required payment and fail to vacate the premises within ten (10) days she shall be removed from the premises by the US Marshall.

5. An award to plaintiff of its costs in bringing this action

3. Such other relief as the court deems just and equitable.

Dated this 2nd of April, 2021

By: *[signature: Bernard Seedling]*
Burnett Land Enterprises, sole proprietorship of
Bernard Seidling,
152 N Indies Drive
Marathon, FL 33050
715-558-5232
Fax 305-743-0003
Email bseidling@hotmail.com

| TOWN OF WOOD RIVER TREASURER | STATE OF WISCONSIN - BURNETT COUNTY | BURNETT LAND TRUST |
|---|---|---|
| LAURA MCKEAG | REAL ESTATE PROPERTY TAX BILL FOR 2020 | TOWN OF WOOD RIVER |

TOWN OF WOOD RIVER
23610 N ALPHA DR
GRANTSBURG WI 54840
Phone: 715-463-5800

PAYMENTS should reference: **Tax ID: 28601**
DOCUMENT RECORDING, or anything else should reference:
PIN:   07-042-2-38-18-13-1 04-000-012000
Alternate/Legacy ID:   042-2513-01 600
Ownership: BURNETT LAND TRUST

Handwritten: 1125   12-30-20

**Important:** Be sure this description covers your property. Note that this description is for tax bills only and may not be a full legal description. See reverse side for important information.

**Property Description / Location of Property**
Site Address:   23843 RANGE LINE RD

BURNETT LAND TRUST
152 N INDIES DR
MARATHON FL 33050

Description:   Sec 13 Tn 38 Rg 18   S 30A SE NE EX W 10A

Please include self-addressed, stamped envelope for return receipt.
Please inform your treasurer of any billing address changes.

Acreage: 20.000
Document:   436737

| Assessed Value | | | Average Assessment Ratio | Net Assessed Value Rate (Does NOT reflect lottery or first dollar credit) | Real Estate Tax: | 1,078.69 |
|---|---|---|---|---|---|---|
| Land | Improved | Total | | | First Dollar Credit: | -53.16 |
| | | | 0.88043 | | Lottery Credit: | -0.00 |
| $28,600 | $43,500 | $72,100 | | 0.014960901 | Net Real Estate Tax: | 1,025.53 |
| | | | | | Total Due: | 1,025.53 |
| **Estimated Fair Market Value** | | | An "X" means unpaid prior year taxes. | School taxes reduced by school levy tax credit. $107.91 | For full payment pay to TOWN OF WOOD RIVER treasurer by **January 31, 2021** | |
| Land | Improved | Total | | | | |
| $32,500 | $49,400 | $81,900 | ☐ | | | |

| | Estimated State Aids Allocated Tax District | | Net Tax | | % Tax Change | **Warning** If not paid by due dates, installment option is lost and total tax is delinquent and subject to interest and if applicable, penalty. (See reverse) |
|---|---|---|---|---|---|---|
| Taxing Jurisdiction | 2019 | 2020 | 2019 | 2020 | | |
| STATE | 0 | 0 | 0.00 | 0.00 | 0.0 | |
| COUNTY | 35,506 | 34,810 | 291.87 | 289.52 | -0.8 | |
| TOWN OF WOOD RIVER | 151,022 | 150,928 | 253.13 | 253.26 | 0.1 | |
| SCHL-GRANTSBURG | 1,806,208 | 1,871,675 | 550.79 | 505.24 | -8.3 | |
| TECH COLLEGE | 105,624 | 102,818 | 30.42 | 30.67 | 0.8 | |
| GRANTSBURG FIRE | 0 | 0 | 0.00 | 0.00 | 0.0 | |
| | | | | | | |
| Totals | 2,098,360 | 2,160,231 | 1,126.21 | 1,078.69 | -4.2 | |
| First Dollar Credit | | | 57.50 | 53.16 | -7.5 | |
| Lottery & Gaming Credit | | | 0.00 | 0.00 | 0.0 | |
| **Net Property Tax** | | | 1,068.71 | 1,025.53 | -4.0 | |

Pay 2nd Installment Of:   512.76

by July 31, 2021

Amount enclosed:   _____
BURNETT LAND TRUST
Tax ID:  28601 (042)
Make payment payable and mail to:
**BURNETT COUNTY TREASURER**
JUDITH DYKSTRA

7410 COUNTY ROAD K #101
SIREN, WI 54872
   **Include this stub with your payment**